# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Charles B. Rangel

v.                                    **Case No:** 14-5012

John A. Boehner

### ENTRY OF APPEARANCE

#### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

| | |
|---|---|
| John A. Boehner | Gregg Harper |
| Jo Bonner | Zoe Lofgren |
| K. Michael Conaway | Michael T. McCaul |
| Charles W. Dent | Karen L. Haas |
| Names of Parties | Names of Parties |

#### Counsel Information

**Lead Counsel:** Kerry W. Kircher

Direct Phone: (202) 225-9700   Fax: (202) 226-1360   Email: Kerry.Kircher@mail.house.gov

**2nd Counsel:**

Direct Phone: (   )    -       Fax: (   )    -       Email:

**3rd Counsel:**

Direct Phone: (   )    -       Fax: (   )    -       Email:

**Firm Name:** Office of General Counsel, U.S. House of Representatives

**Firm Address:** 219 Cannon House Office Building

**Firm Phone:** (202) 225-9700   Fax: (202) 226-1360   Email: Kerry.Kircher@mail.house.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circu
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)