# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Charles B. Rangel

v.

John Boehner, et al.

**Case No:** 14-5012

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(•) Appellant(s)/Petitioner(s)    ( ) Appellee(s)/Respondent(s)    ( ) Intervenor(s)    ( ) Amicus Curiae

Charles B. Rangel

**Names of Parties**                              **Names of Parties**

### Counsel Information

**Lead Counsel:** Jay Goldberg

**Direct Phone:** (212) 983-6000  **Fax:** (212) 983-6008  **Email:** office@jaygoldberg.com

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Jay Goldberg, PC

**Firm Address:** 250 Park Ave. Suite 2020, New York, NY 10177

**Firm Phone:** (212) 983-6000  **Fax:** (212) 983-6008  **Email:** office@jaygoldberg.com

**Notes:** This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

United States Court of Appeals
for the District of Columbia Circuit
*Charles B. Rangel v. John A. Boehner, et al.,* No. 14-5012

## CERTIFICATE OF SERVICE

I certify that on February 13, 2013, I served the foregoing Entry of Appearance by CM/ECF and by electronic mail, .pdf format, on the following:

>Kerry W. Kircher
>OFFICE OF GENERAL COUNSEL
>U.S. HOUSE OF REPRESENTATIVES
>219 Cannon House Office Building
>Washington, D.C. 20515
>Kerry.Kircher@mail.house.gov
>*Counsel for Appellees John A. Boehner, Karen L. Hass, Jo Bonner, Zoe Lofgren, Michael T. McCaul, K. Michael Conaway, Charles W. Dent, and Gregg Harper*

>John Faust
>LAW OFFICE OF JOHN M. FAUST, PLLC
>1325 G Street, N.W., Suite 500
>Washington, D.C. 20005
>John@johnfaustlaw.com
>*Counsel for Appellee R. Blake Chisam*

1

Richard A. Sauber
ROBBINS, RUSSELL, ENGLERT, ORSECK,
　UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411L
Washington, D.C. 20006
rsauber@robbinsrussell.com
*Counsel for Appellees C. Morgan Kim and
Stacey Sovereign*

　　　　　　　　　　　　　　　　/s/ Jay Goldberg
　　　　　　　　　　　　　　　　Jay Goldberg

2