No. 14-5012
_____

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

CHARLES B. RANGEL,

*Appellant*,

v.

JOHN A. BOEHNER, et al.,

*Appellees*.
_____

On Appeal from a Final Order of the U.S. District Court for the
District of Columbia (Hon. John D. Bates, U.S. District Judge)
_____

**NOTICE OF APPELLEES
CONCERNING APPELLANT'S "JOINT APPENDIX"**

On May 15, 2014, Appellant Charles B. Rangel filed with this Court what is styled as a "Joint Appendix." Appellees were not consulted about, and had no input into, the preparation or filing of this volume, contrary to Federal Rule of Appellate Procedure 30(b)(1). Although the 447-page "Joint Appendix" includes materials that the Federal Rules of Appellate Procedure expressly direct parties to omit, *see* Fed. R. App. P. 30(a)(2), (b)(2), it does not exclude any additional parts of the record below that Appellees would have sought to include, had the Rule 30(b)(1) consultation occurred before Appellant's filing.

Respectfully submitted,

*/s/ Kerry W. Kircher*
KERRY W. KIRCHER, D.C. Bar # 386816
General Counsel
WILLIAM PITTARD, D.C. Bar # 482949
Deputy General Counsel
TODD B. TATELMAN, VA Bar # 66008
Assistant Counsel
MARY BETH WALKER, D.C. Bar # 501033
Assistant Counsel
ELENI M. ROUMEL, SC Bar # 75763
Assistant Counsel
ISAAC B. ROSENBERG, D.C. Bar # 998900
Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

*Counsel for Appellees John A. Boehner, Jo Bonner, K. Michael Conaway, Charles W. Dent, Gregg Harper, Zoe Lofgren, Michael T. McCaul, and Karen L. Haas*


*/s/ John Martin Faust*
John Martin Faust, Esq.
LAW OFFICE OF JOHN M. FAUST, PLLC
1325 G Street, NW
Suite 500
Washington, D.C. 20005
(202) 449-7707

*Counsel for Appellee R. Blake Chisam*

*/s/ Richard Sauber*
Richard Sauber, Esq.
ROBBINS, RUSSELL, ENGLERT, ORSECK,
   UNTEREINER & SAUBER LLP
1801 K Street, NW
Suite 411-L
Washington, D.C. 20006
(202) 775-4500

*Counsel for Appellees Morgan Kim and Stacey Sovereign*

May 15, 2014

## CERTIFICATE OF SERVICE

I certify that on May 15, 2014, I filed and served one copy of the foregoing Notice of Appellees Concerning Appellant's "Joint Appendix" via the CM/ECF system of the United States Court of Appeals for the District of Columbia Circuit, which I understand served a copy on all parties for whom counsel has entered an appearance by operation of the Court's CM/ECF system.

*/s/ Kerry W. Kircher*
Kerry W. Kircher